PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:     510/832-5001
Facsimile:      510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
PAUL SPECTOR

John F. Van De Poel (SBN 112151)
Jennifer R. Thomas (SBN 199972)
VAN DE POEL, LEVY, THOMAS LLP
1600 South Main Plaza, Suite 325
Walnut Creek, California 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060
Email: jthomas@vanlevylaw.com

Attorneys for Defendant
CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS, erroneously sued and served as PORT OF OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SPECTOR,<br><br>    Plaintiff,<br><br>    v.<br><br>PORT OF OAKLAND<br><br>    Defendant. | Case No. 4:22-cv-03314-KAW<br><u>Civil Rights</u><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 7, 2022 |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiff PAUL SPECTOR ("Plaintiff") and Defendant CITY OF OAKLAND, A |
| 3 | MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT |
| 4 | COMMISSIONERS, erroneously sued and served as PORT OF OAKLAND ("Defendant"), by |
| 5 | and through their undersigned counsel, hereby stipulate and request that pursuant to Federal Rules |
| 6 | of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its |
| 7 | entirety. Each side shall pay its own attorneys' fees, costs, and expenses. |
| 8 | The parties have reached a separate settlement agreement (the "Agreement"). In |
| 9 | consideration of this dismissal, a third-party security company, ABC Security Service Inc. |
| 10 | ("ABC"), that contracts with Defendant, has agreed to incorporate into its existing service animal |
| 11 | policy, and to distribute to its existing and newly hired employees, the U.S. Department of Justice's |
| 12 | document "ADA Requirements: Service Animals" found here: |
| 13 | https://archive.ada.gov/service_animals_2010.htm. ABC agrees also to post the document in its |
| 14 | place of business. ABC agrees to take these actions no later than thirty (30) calendar days after |
| 15 | the effective date of the Agreement. |
| 16 | |
| 17 | **IT IS SO STIPULATED.** |
| 18 | Dated: June 28, 2023                    REIN & CLEFTON |
| 19 | |
| 20 | ___/s/ *Aaron M. Clefton*<br>By: AARON M. CLEFTON, ESQ.<br>Attorneys for Plaintiff |
| 21 | PAUL SPECTOR |
| 22 | |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

| | |
|---|---|
| Dated: May 19, 2023 | VAN DE POEL, LEVY, THOMAS LLP |
| | |
| | _/s/ Jennifer R. Thomas_ |
| | By:  JOHN F. VAN DE POEL, ESQ. |
| | JENNIFER R. THOMAS |
| | Attorneys for Defendant |
| | CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS, erroneously sued and served as PORT OF OAKLAND |

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on May 19, 2023, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Jennifer Thomas in the filing of this document.

_/s/ Aaron Clefton_
Aaron Clefton

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: July 3, 2023

_____
Honorable Kandis A. Westmore
U.S. Magistrate Judge